**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, Plaintiff, v. BEAR, STEARNS & CO. INC., Defendant | 03 Civ. 2937 |
| SECURITIES AND EXCHANGE COMMISSION, Plaintiff, v. J.P. MORGAN SECURITIES INC., Defendant | 03 Civ. 2939 |
| SECURITIES AND EXCHANGE COMMISSION, Plaintiff, v. LEHMAN BROTHERS INC., Defendant | 03 Civ. 2940 |
| SECURITIES AND EXCHANGE COMMISSION, Plaintiff, v. MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, Defendant | 03 Civ. 2941 |

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> UBS SECURITIES LLC, f/k/a UBS WARBURG LLC, <br><br> Defendant | 03 Civ. 2943 |
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> GOLDMAN, SACHS & CO., <br><br> Defendant | 03 Civ. 2944 |
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> CITIGROUP GLOBAL MARKETS INC., <br> f/k/a SALOMON SMITH BARNEY, <br><br> Defendant | 03 Civ. 2945 |
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> CREDIT SUISSE FIRST BOSTON LLC, f/k/a <br> CREDIT SUISSE FIRST BOSTON CORPORATION, <br><br> Defendant | 03 Civ. 2946 |

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MORGAN STANLEY& CO. INCORPORATED,<br><br>Defendant | 03 Civ. 2948 |
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK SECURITIES INC.,<br><br>Defendant | 04 Civ. 6909 |

**[~~PROPOSED~~] ORDER**

_____, District Judge.

On October 31, 2003, Judge William H. Pauley III of this Court entered Final Judgments against the defendant investment banks in all of the above-captioned matters, excluding *SEC v. Deutsche Bank Securities Inc.*, 04 Civ. 6909.

By letter, dated September 7, 2004, the parties requested a modification of Addendum A to those Final Judgments ("Addendum A"), which Judge Pauley granted on September 24, 2004.

This Court entered Final Judgment against Deutsche Bank Securities Inc. on September 27, 2004.

By letter, dated August 3, 2009, the parties requested further modification of Addendum A, which Judge Pauley granted in part and denied in part on March 15, 2010.

On December 5, 2025, Defendants in the above-captioned matters filed a motion under Rule 60(b) requesting that this Court further modify Addendum A by terminating the remaining

1

provisions in Sections I and II.  Pursuant to Rule 60(b), and consistent with the terms of Addendum A as modified by Judge Pauley's March 15, 2010 Order, Defendants' request is GRANTED for the reasons identified in their motion.

The Clerk is directed to file copies of this Order in the following related actions: (1) *SEC v. Bear, Stearns & Co. Inc.*, 03 Civ. 2937; (2) *SEC v. J.P. Morgan Securities Inc.*, 03 Civ. 2939; (3) *SEC v. Lehman Brothers Inc.*, 03 Civ. 2940; (4) *SEC v. Merrill Lynch, Pierce, Fenner & Smith Incorporated*, 03 Civ. 2941; (5) *SEC v. UBS Securities LLC*, 03 Civ. 2943; (6) *SEC v. Goldman, Sachs & Co.*, 03 Civ. 2944; (7) *SEC v. Citigroup Global Markets Inc.*, 03 Civ. 2945; (8) *SEC v. Credit Suisse First Boston LLC*, 03 Civ. 2946; (9) *SEC v. Morgan Stanley & Co. Incorporated*, 03 Civ. 2948; and (10) *SEC v. Deutsche Bank Securities Inc.*, 04 Civ. 6909.

The Clerk of the Court is respectfully directed to close all open motions in these cases.

SO ORDERED:

Date:   December 16, 2025
        New York, New York

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Court
Southern District of New York

2